IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DUKHAN MUMIN,

        Plaintiff,

vs.

BRAD HANSEN,

        Defendant.

8:19CV59

MEMORANDUM AND ORDER

This matter is before the court on Plaintiff's Motion for Leave to File Supplemental Complaint. (Filing No. 6.) Plaintiff asks for "leave to supplement his action to include the Nebraska Attorney General, Doug Peterson, and the Nebraska Governor, Pete Ricketts, as [defendants] in this matter." (Id. at CM/ECF p. 2.) Upon consideration, the court will grant Plaintiff's request and will consider Plaintiff's motion as supplemental to the Complaint (filing no. 1). *See* NECivR 15.1(b). Accordingly,

IT IS ORDERED that Plaintiff's Motion for Leave to File Supplemental Complaint (filing no. 6) is granted. The clerk's office is directed to update the court's records to include Doug Peterson, Nebraska Attorney General, and Pete Ricketts, Nebraska Governor, as defendants in this action.

Dated this 22nd day of February, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge